| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Higgins, Thomas A | 2. Court or Organization Middle District of Tennessee | 3. Date of Report 5/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Senior) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 770 U. S. Courthouse 801 Broadway Nashville, TN 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 19 11 22 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Morgan Stanley by Dean Witter | Margin loan (active assets account) (paid in full 7/22/2003) | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Metro Nashville Airport (tax free bond) | | | | | Redeemed | 7/18 | J | | Issurer |
| 2.  Farm, Williamson Co., TN -- 2/3 undivided | D | Rent | N | Q | | | | | See note Part VIII |
| 3.  Interest | | | | | | | | | |
| 4.  Active Asset Acct. No. 1 | | | | | | | | | |
| 5.  Morgan Stanley Tax Exempt Sec. Fund | D | Dividend | M | T | | | | | |
| 6.  Morgan Stanley Dividend Growth B Fund | C | Dividend | K | T | Gift | 12/18 | J | | Diocese of Nashville |
| 7.  Morgan Stanley American Opportunities Fund | | None | J | T | | | | | |
| 8.  Capital Opportunities Trust B | | None | J | T | Rec'd fm IRA | 11/28 | J | | See note Part VIII |
| 9.  Active Asset Acct. No. 2 | | | | | | | | | |
| 10.  Morgan Stanley Pacific Growth Fund | | | | | Sold | 4/11 | J | | Issurer |
| 11.  Morgan Stanley Exempt Sec. Fund | A | Dividend | J | T | | | | | |
| 12.  Morgan Stanley American Value Fund | A | Dividend | J | T | | | | | |
| 13.  TCW/DW Latin Amrican Growth Fund | A | Dividend | J | T | | | | | |
| 14.  MSDW Competitive Edge BIP B Fund | A | Dividend | J | T | | | | | |
| 15.  Morgan Stanley S&P 500 Select Fund B | A | Dividend | J | T | | | | | |
| 16.  Morgan Stanley Strategist Fund B | A | Dividend | J | T | P/redempt. | 4/11 | J | | Issurer |
| 17.  Morgan Stanley Dividend Growth B Fund | A | Dividend | J | T | | | | | |
| 18.  VanKampen American Cap. Equity Fund | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Morgan Stanley Active Asset Money Trust | A | Dividend | J | T | | | | | |
| 20. Morgan Stanley IRA Acct. No. 1 | C | Div & Int | N | T | | | | | |
| 21. –Morgan Stanley Liquid Asset Fund | | | | | | | | | |
| 22. –Morgan Stanley Utility Fund | | | | | Exchanged | 7/23 | K | | Issuer |
| 23. –Morgan Stanley American Opportunities Fund, Class B | | | | | Exchanged | 7/23 | K | | Issuer - See note Part VIII |
| 24. –Morgan Stanley American Value | | | | | Exchanged | 7/23 | K | | Issuer |
| 25. –DW Core Equity Trust | | | | | Exchanged | 7/23 | K | | Issuer |
| 26. –Morgan Stanley Mid Cap Growth | | | | | Exchanged | 7/23 | K | | Issuer |
| 27. –Morgan Stanley Developing Growth | | | | | Exchanged | 7/23 | K | | Issuer |
| 28. –Morgan Stanley Value Added Equity Fund | | | | | Exchanged | 7/23 | J | | Issuer |
| 29. –Morgan Stanley European Growth Fund | | | | | Exchanged | 7/23 | K | | Issuer |
| 30. –Morgan Stanley Div. Growth Fund | | | | | Exchanged | 7/23 | K | | Issuer |
| 31. –TCW/DW Small Cap. Growth Fund | | | | | Exchanged | 7/23 | K | | |
| 32. –DW Spectrum Balanced | | | | | | | | | |
| 33. –DW Spectrum Strategic | | | | | | | | | |
| 34. –DW Spectrum Tech. | | | | | | | | | |
| 35. –TCW/DW Total Return Trust | | | | | Exchanged | 7/23 | J | | Issuer |
| 36. –Global Utilities Fund B | | | | | Exchanged | 7/23 | K | | Issuer |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. —Health Sciences Trust B | | | | | Exchanged | 7/23 | K | | Issuer |
| 38. —American Opportunities | | | | | Exch. Purch. | 7/24 | K | | Issuer |
| 39. —International Smallcap | | | | | Exch. Purch. | 7/24 | K | | Issuer |
| 40. —Special Value Fund D | | | | | Exch. Purch. | 7/24 | K | | Issuer |
| 41. —Value Added MKT Ser/Eqy | | | | | Exch. Purch. | 7/24 | K | | Issuer |
| 42. —VanKampen Growth & Income | | | | | Exch. Purch. | 7/24 | K | | Issuer |
| 43. —MSIF Core Plus Fixed Inc. | | | | | Exch. Purch. | 7/24 | K | | Issuer |
| 44. —MSIF Small Cap A | | | | | Exch. Purch. | 7/24 | K | | Issuer |
| 45. —VanKampen Aggressive Growth | | | | | Exch. Purch. | 7/24 | K | | Issuer |
| 46. —VanKampen Comstock A | | | | | Exch. Purch. | 7/24 | K | | Issuer |
| 47. —Capital Opportunities Trust B | | | | | Transfer | 11/28 | J | | See note Part VIII |
| 48. —MS Charter MSFCM | | | | | Buy | 7/31 | J | | Issuer |
| 49. —MS Charter Graham | | | | | Buy | 7/31 | J | | Issuer |
| 50. Morgan Stanley IRA Account No. 2 | A | Dividend | J | T | | | | | |
| 51. —Morgan Stanley Div. Growth Fund | | | | | P/exch redem | 6/6 | J | | Issuer |
| 52. —Morgan Stanley Information Fund | | | | | P/exch redem | 6/6 | J | | Issuer |
| 53. —Financial Services Trust B | | | | | Exch. Purch. | 6/6 | J | | |
| 54. —Value Added Mkt Ser/Eqy | | | | | Exch. Purch. | 6/6 | J | | |

1. Income/Gain Codes:          A = $1,000 or less          B = $1,001-$2,500          C = $2,501-$5,000          D = $5,001-$15,000          E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:                J = $15,000 or less          K = $15,001-$50,000          L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000                                P4 = $More than $50,000,000
3. Value Method Codes          Q = Appraisal          R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)             U = Book Value          V = Other          W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. --American Opportunities Fd. B | | | | | Exch. Purch. | 6/6 | J | | |
| 56. Boston Financial Qualified Tax Credits L.P.V. | A | Interest | K | T | | | | | |
| 57. Unimproved land, Humphreys Co., TN -- 1/2 undivided interest | | None | L | R | | | | | See note Part VIII |
| 58. Sears Municipal TN (tax free bond) | A | Interest | J | T | | | | | |
| 59. Unimproved land, Humphreys Co., TN -- 1/2 undivided interest | | None | J | R | | | | | See note Part VIII |
| 60. Shares Common MONY Group, Inc. | | None | J | T | | | | | |
| 61. Shares Common MONY Group, Inc. | | None | J | T | | | | | |
| 62. Shares Common MONY Group, Inc. | | None | J | T | | | | | |
| 63. Bank of America Account | A | Interest | J | T | | | | | |
| 64. Shares Common Nationwide Financial Services, Inc | A | Dividend | J | T | | | | | |
| 65. Provident Mutual Whole Life | B | Dividend | K | T | | | | | |
| 66. Mutual of New York Whole Life | B | Dividend | L | T | | | | | |
| 67. Trust | E | Div. & Int. | P1 | T | | | | | See note Part VIII |
| 68. --SunTrust Tenn. Reserve Fund (Money Market Funds) | | | | | | | | | |
| 69. --Consolidated Edison NY (Bond) | | | | | | | | | |
| 70. --Allstate Corp. (Bond) | | | | | | | | | |
| 71. --FPL Group Capital Inc. (Bond) | | | | | | | | | |
| 72. --Stanley WKS (Bond) | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Amount Code 1 (A-H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. --DuPont E I DeNemours Co. (Bond) | | | | | | | | | |
| 74. --Wells Fargo & Co. (Bond) | | | | | | | | | |
| 75. --Citicorp (Bond) | | | | | | | | | |
| 76. --Caterpillar Inc. (Bond) | | | | | | | | | |
| 77. --Deere & Co. (Bond) | | | | | | | | | |
| 78. --Insured Municipals Income TR (Mut. Fund) | | | | | | | | | |
| 79. --Municipal Insd Nat'l TR (Mut. Fund) | | | | | | | | | |
| 80. --Harley Davidson Inc. (Common) | | | | | | | | | |
| 81. --Limited Brands Inc. (Common) | | | | | | | | | |
| 82. --Anheuser Busch Inc. (Common) | | | | | | | | | |
| 83. --Pepsico Inc. (Common) | | | | | | | | | |
| 84. --Sysco Corp. (Common) | | | | | | | | | |
| 85. --WalMart Stores (Common) | | | | | | | | | |
| 86. --Walgreen Co. (Common) | | | | | | | | | |
| 87. --Apache Corp. (Common) | | | | | | | | | |
| 88. --Chevron Texaco Corp. (Common) | | | | | | | | | |
| 89. --Exxon Mobil Corp. (Common) | | | | | | | | | |
| 90. --American Int'l Group Inc. (Common) | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. --Fannie Mae (Common) | | | | | | | | | |
| 92. --Jefferson Pilot Corp. (Common) | | | | | | | | | |
| 93. --Suntrust Bank (Common) | | | | | | | | | |
| 94. --Biomet Inc. (Common) | | | | | | | | | |
| 95. --Johnson & Johnson (Common) | | | | | | | | | |
| 96. --Lilly Eli & Co. (Common) | | | | | | | | | |
| 97. --Medtronic Inc. (Common) | | | | | | | | | |
| 98. --Pflizer Inc. (Common) | | | | | | | | | |
| 99. --Wellpoint Health Networks (Common) | | | | | | | | | |
| 100. --General Electric Co. (Common) | | | | | | | | | |
| 101. --Affiliated Computers SVCS (Common) | | | | | | | | | |
| 102. --Automatic Data Processing Inc. (Common) | | | | | | | | | |
| 103. --Cisco Systems (Common) | | | | | | | | | |
| 104. --Dell Inc. (Common) | | | | | | | | | |
| 105. --Intel Corp. (Common) | | | | | | | | | |
| 106. --Microsoft Corp. (Common) | | | | | | | | | |
| 107. --Oracle Corp. (Common) | | | | | | | | | |
| 108. --Sungard Data Sys. Inc. (Common) | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Higgins, Thomas A | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. --E.I. DuPont (Common) | | | | | | | | | |
| 110. --Verizon Communications (Common) | | | | | | | | | |
| 111. --Disney Walt Co. (Note) | | | | | Sell | 2/6 | K | B | |
| 112. --Home Depot, Inc. (Common) | | | | | Sell | 2/25 | J | | |
| 113. --Duke Energy (Note) | | | | | Sell | 3/10 | K | C | |
| 114. --International Paper Co. (Common) | | | | | Sell | 3/21 | K | E | |
| 115. --Northern Trust Co. (Common) | | | | | Sell | 3/21 | J | | |
| 116. --Sysco Corp. (Common) | | | | | Sell | 5/13 | J | B | |
| 117. --Forest Labs Inc. (Common) | | | | | Sell | 9/18 | J | A | |
| 118. --Suntrust Banks (Common) | | | | | Sell | 12/15 | L | E | |
| 119. --Ford Motor co. (Note) | | | | | Sell | 1/15 | K | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Part VII, Line 2
Appraisal as of date of my ▮▮▮▮▮ death 8/20/94. Original 1/2 undivided interest received by gift ▮▮▮▮▮ in 1951. Acquired 1/3 of the remaining 1/2 interest under ▮▮▮▮▮ will.

Part VII, Line 8
Received as a required minimum distribution from IRA after age 71-1/2

Part VII, Line 23
Morgan Stanley American Opportunities Fund, Class B was formerly known prior to merger as Morgan Stanley Capital Growth Securities Fund

Part VII, Line 47
This fund was acquired 6/25/99 at a cost of $7,859.30, and was not included in prior reports by oversight. The transfer from this fund is reflected in Part VII, Line 8

Part VII, Line 57
Unimproved land
Purchased 5/22/91
Purchase price: $75,000

Part VII, Line 59
Unimproved land
Purchased 5/18/94
Purchase price: $11,000

Part VII, Line 67
The beneficial interest under this trust was contingent prior to the funding of this trust on 1/1/03

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Higgins, Thomas A | 5/14/2004 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___ *5-14-03/* _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border:1px solid black; padding:10px;">

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

</div>